IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 15, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION      Michael P. Dulin
d/b/a CLEAR BLUE ENGINEERING, INC., and      Daniel S. Duggan
d/b/a RF SYSTEMS BY CLEAR BLUE,

    Plaintiff,

v.

DIGIVERT, INC., f/k/a RF SYSTEMS, INC.,      Michael J. Roche
a Colorado corporation,
CONVERGENT LIVING, INC.,
AVOCATION SYSTEMS, INC. f/k/a AVOCATION, INC.,
RICHARD REISBICK,
CYNDE FLECK and
JOHN DOES 1-5

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Partial Motion to Dismiss with Prejudice**

**1:59 p.m.**      **Court in session.**

Plaintiff's client representative Daniel Minardi present.
Defendants Richard Reisbick and Cynde Fleck present.

Court's preliminary remarks and states its understanding of the case.

2:06 p.m.      Argument by Mr. Roche.
2:12 p.m.      Argument by Mr. Dulin.

Court admonishes Mr. Dulin regarding Title 28 U.S.C . §1927

**ORDERED:**      Defendants' Partial Motion to Dismiss with Prejudice, filed March 11, 2008 [13], is resolved by limiting issues for purposes of a scheduling conference.
                 Discovery will be limited to the breach of contract claim and counterclaim. A scheduling conference will be set.

**2:17 p.m.**      **Court in recess.**

Hearing concluded. Total time: 18 min.