IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION d/b/a
CLEAR BLUE ENGINEERING, INC. and d/b/a
RF SYSTEMS BY CLEAR BLUE, a Colorado corporation,

    Plaintiff,

v.

DIGIVERT, INC. f/k/a
RF SYSTEMS, INC., a Colorado Corporation,
CONVERGENT LIVING, INC., a Colorado Corporation,
AVOCATION SYSTEMS, INC. f/k/a
AVOCATION, INC.,
RICHARD REISBICK,
CYNDE FLECK, and
JOHN DOES 1-5,

    Defendants.

_____

ORDER FOR LIMITED PROCEEDINGS
_____

      Pursuant to the hearing held today on the defendants' partial motion to dismiss and upon the Court's conclusion that all of the federal claims in this case are dependent upon the rights obtained by the plaintiff in the Settlement Agreement, Sale of Assets, and Mutual Release, a copy of which is attached to the complaint and that the defendants' counterclaim is for breach of payment on the promissory note which was given in consideration for that transfer of assets which is also secured by a security interest in the same assets and that, accordingly, efficient case management in this matter is to proceed only on the questions raised by the plaintiff's claim of breach contract and the defendants' counterclaim and, accordingly, it is

ORDERED that a scheduling conference will be held at a time to be set with counsel on the discovery necessary to the resolution of these issues.

DATED: May 15th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P.Matsch, Senior Judge