IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: June 20, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION                    Michael P. Dulin
d/b/a CLEAR BLUE ENGINEERING, INC., and                Daniel S. Duggan
d/b/a RF SYSTEMS BY CLEAR BLUE,

    Plaintiff,

v.

DIGIVERT, INC., f/k/a RF SYSTEMS, INC.,                Michael J. Roche
a Colorado corporation,                                 James E. Dallner
CONVERGENT LIVING, INC.,
AVOCATION SYSTEMS, INC. f/k/a AVOCATION, INC.,
RICHARD REISBICK,
CYNDE FLECK and
JOHN DOES 1-5

    Defendants.
_____

# COURTROOM MINUTES
_____

**Scheduling Conference**

**2:54 p.m.**     **Court in session.**

Counsel answer questions.

Counsel state they are in the process of agreeing to and preparing an escrow agreement.

Mr. Roche states defendants are prepared to defend the four claims indicated in the amended complaint.

**ORDERED:** Unopposed Motion to Amend Complaint, filed June 19, 2008 [27], is granted.
Tendered Amended Complaint is accepted and is filed as of June 19, 2008.
Unopposed Motion for Partial Relief from Order for Limited Proceedings, filed June 19, 2008 [28], is granted.

Court advise counsel follow Local Rule 7.2 and 7.3 in preparing and submitting a proposed protective order.

**ORDERED:** Counsel have until July 10, 2008 to submit an agreed revised scheduling order.
Defendant has until July 10, 2008 to file its answer an counterclaim to amended.

**3:04 p.m.**     **Court in recess.**          Hearing concluded. Total time: 10 min.