IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION d/b/a
CLEAR BLUE ENGINEERING, INC. and d/b/a
RF SYSTEMS BY CLEAR BLUE, a Colorado corporation,

    Plaintiff,

v.

DIGIVERT, INC. f/k/a
RF SYSTEMS, INC., a Colorado Corporation,
CONVERGENT LIVING, INC., a Colorado Corporation,
AVOCATION SYSTEMS, INC. f/k/a
AVOCATION, INC.,
RICHARD REISBICK,
CYNDE FLECK, and
JOHN DOES 1-5,

    Defendants.
_____

## ORDER AMENDING SCHEDULING ORDER
_____

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order [34], filed on September 30, 2008, it is

ORDERED that the Scheduling Order is amended as follows:

1. The deadline for the party bearing the burden of persuasion to designate their experts is extended to November 3, 2008.

2. The deadline for the parties to designate contradicting experts is extended to December 3, 2008.

3. The deadline to exchange rebuttal opinions is extended to January 2, 2009.

DATED: September 30th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge