IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION, d/b/a/ CLEAR BLUE
ENGINEERING, INC. and d/b/a RF SYSTEMS BY CLEAR BLUE, a Colorado
corporation,

        Plaintiff,

v.

DIGIVERT, INC., f/k/a RF SYSTEMS, INC., a Colorado corporation; CONVERGENT LIVING, INC. a Colorado corporation; AVOCATION SYSTEMS, INC, a Colorado corporation; RICHARD REISBICK; CYNDE FLECK; and JOHN DOES 1-5,

        Defendants.

## ORDER AMENDING SCHEDULING ORDER

Upon consideration of Defendants' Unopposed Motion to Amend Scheduling Order filed on December 2, 2008, it is hereby

ORDERED that the Scheduling Order is amended as follows:

a.    The deadline for the parties to designate contradicting experts is extended from December 3, 2008 to January 5, 2009;

b.    The deadline for the parties to exchange rebuttal opinions is extended from January 2, 2009 to January 19, 2009;

c.    The deadline for the discovery cut-off is extended from January 15, 2009 to February 16, 2009; and

d.    The deadline for dispositive motions is extended from February 16, 2009 to March 16, 2009.

DATED: December 3rd, 2008.

                              BY THE COURT,

                              s/Richard P. Matsch

                              United States District Court Judge