IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-00242-RPM-MJW

CLEAR BLUE AUDIO VIDEO CORPORATION, d/b/a/ CLEAR BLUE
ENGINEERING, INC. and d/b/a RF SYSTEMS BY CLEAR BLUE, a Colorado
corporation,

        Plaintiff,

v.

DIGIVERT, INC., f/k/a RF SYSTEMS, INC., a Colorado corporation; CONVERGENT
LIVING, INC. a Colorado corporation; AVOCATION SYSTEMS, INC, a Colorado
corporation; RICHARD REISBICK; CYNDE FLECK; and JOHN DOES 1-5,

        Defendants.

**ORDER RE UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
(THIRD REQUEST)**

Upon consideration of Defendants' Unopposed Motion to Amend Scheduling Order (Third Request) [Docket Entry 45], it is hereby

ORDERED that the Scheduling Order is amended as follows:

a. The Discovery cutoff is February 27, 2009; and

b. The deadline for the parties to file dispositive motions is March 27, 2009.

DATED this 4th day of February, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior Judge