IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION d/b/a
CLEAR BLUE ENGINEERING, INC. and d/b/a
RF SYSTEMS BY CLEAR BLUE, a Colorado corporation,

 Plaintiff,
v.

DIGIVERT, INC. f/k/a
RF SYSTEMS, INC., a Colorado Corporation,
CONVERGENT LIVING, INC., a Colorado Corporation,
AVOCATION SYSTEMS, INC. f/k/a
AVOCATION, INC.,
RICHARD REISBICK,
CYNDE FLECK, and
JOHN DOES 1-5,

 Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


 Pursuant to the Withdrawal of Plaintiff's Motion to Compel Discovery [49], the motion to compel [41] is withdrawn and the hearing scheduled for February 18, 2009, is vacated.


Dated: February 18, 2009