# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00242-RPM

CLEAR BLUE AUDIO VIDEO CORPORATION
d/b/a CLEAR BLUE ENGINEERING, INC. and
d/b/a RF SYSTEMS BY CLEAR BLUE, a Colorado corporation,

      Plaintiff,

v.

DIGIVERT, INC. f/k/a RF SYSTEMS, INC., a Colorado Corporation, CONVERGENT
LIVING, INC., a Colorado Corporation, AVOCATION SYSTEMS, INC. f/k/a AVOCATION,
INC., RICHARD REISBICK, CYNDE FLECK, and JOHN DOES 1-5,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

      Upon consideration of the parties' Stipulated Motion to Dismiss with Prejudice [52],

filed on March 11, 2009, it is

      ORDERED that this action is dismissed with prejudice, each party to be responsible for

its own costs and attorney's fees.

      Dated this 12th day of March, 2009.

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior District Judge